HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
NOA EVA OREN, CA SBN #297100
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, Ca 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
OSCAR FIDEL AYON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR FIDEL AYON,<br><br>Defendant. | Case No. 2:21-cr-00232-KJM<br><br>**ORDER TO SHORTEN TIME TO HEAR MOTION FOR BAIL REVIEW [ECF 43]**<br><br>Date: March 25, 2022<br>Time: 2:00 pm<br>Judge: Magistrate Judge Deborah Barnes |

For good cause shown, the [Unopposed] Motion for Bail Review hearing is granted. Hearing on the Motion is set for March 25, 2022, at 2:00 pm.

IT IS SO ORDERED.

Dated: March 24, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE