UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 25, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR FIDEL AYON,<br><br>Defendant. | Case No. 2:21-CR-00232-KJM-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  OSCAR FIDEL AYON ,

Case No.  2:21-CR-00232-KJM-1   Charge 21 USC §§ 846; 841, from custody for the following reasons: for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

      X    Bail Posted in the Sum of $   100,000  (secured)

             X    Unsecured Appearance Bond      $100,000

           \_\_\_\_\_   Appearance Bond with 10% Deposit

           \_\_\_\_\_   Appearance Bond with Surety

           \_\_\_\_\_   Corporate Surety Bail Bond

           \_\_\_\_\_   (Other):_____.

Issued at Sacramento, California on March 25, 2022 at 3:57 p.m.

Dated:  March 25, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE