**FILED**
June 9, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR FIDEL AYON<br><br>Defendant. | Case No. 2:21-CR-0232- KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>OSCAR FIDEL AYON</u> Case No. <u>2:21-CR-0232- KJM</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

__x__   Unsecured Appearance Bond $ __100,000.__

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

__x__   (Other): Defendant to be released on 6/10/2022 at 9:00 AM to the custody of his mother, Lidia Ayon.

Issued at Sacramento, California on June 9, 2022 at 2:33 PM

By: _____
Magistrate Judge Jeremy D. Peterson