HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
OSCAR FIDEL AYON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR FIDEL AYON,<br><br>Defendant. | Case No. 2:21-cr-00232-KJM<br><br>STIPULATION AND ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE<br><br>JUDGE:  Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant OSCAR FIDEL AYON, through their respective attorneys that the release conditions imposed on Mr. Ayon on March 25, 2022 (Doc. 46) and modified on June 9, 2022 (Doc.70), will be modified because Mr. Ayon admitted to methamphetamine use after a drug test returned presumptive positive on September 13, 2022.  The parties request that Mr. Ayon's conditions be amended as follows:

16. You shall participate in Moral Reconation Therapy (MRT) at the direction of the pretrial services officer;

17. You shall participate in a dual diagnosis program at the direction of the pretrial services officer.

The proposed modifications are supported by her Pretrial Services Officer.  All other conditions shall remain in force.

DATED: October 3, 2022       Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Noa E. Oren
NOA E. OREN
Assistant Federal Defender
Attorney for OSCAR AYON

DATED: October 3, 2022       PHILLIP TALBERT
United States Attorney

/s Justin Lee
JUSTIN LEE
Assistant United States Attorney

## ORDER

The following release conditions imposed on Mr. Ayon on March 25, 2022 (Doc. 46) and modified on June 9, 200 (Doc. 70), will be modified as follows:

16. You shall participate in Moral Reconation Therapy (MRT) at the direction of the pretrial services officer;

17. You shall participate in a dual diagnosis program at the direction of the pretrial services officer.

Dated:  October 3, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE