HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
OSCAR FIDEL AYON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR FIDEL AYON,<br><br>Defendant. | Case No. 2:21-cr-00232-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE**<br><br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant OSCAR FIDEL AYON, through their respective attorneys that the release conditions imposed on Mr. Ayon on March 25, 2022 (Doc. 46) and modified on June 9, 2022 (Doc.70), will be modified because Mr. Ayon admitted to methamphetamine use after drug tests returned presumptive positive on September 13 and 27, 2022. The parties request that Mr. Ayon's conditions be amended as follows:

16. You shall participate in Moral Reconation Therapy (MRT);
17. You shall participate in a dual diagnosis program.

The proposed modifications are supported by his Pretrial Services Officer. All other conditions shall remain in force.

//

//

| | |
|---|---|
| DATED: October 11, 2022 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for OSCAR AYON |
| DATED: October 11, 2022 | PHILLIP TALBERT<br>United States Attorney<br><br>/s *Justin Lee*<br>JUSTIN LEE<br>Assistant United States Attorney |

## ORDER

The following release conditions imposed on Mr. Ayon on March 25, 2022 (Doc. 46) and modified on June 9, 200 (Doc. 70), will be modified as follows:

16. You shall participate in Moral Reconation Therapy (MRT);
17. You shall participate in a dual diagnosis program.

Dated: October 12, 2022

_____
Honorable Jeremy D. Peterson
United States Magistrate Court Judge